IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HANCOCK BANK, a Mississippi
banking corporation,

    Plaintiff,

v.                                CASE NO. 4:12-cv-387-MW/CAS

BOOTH HOLDINGS BOOTH
TRUST, LLC, a Florida limited
liability company, DAVID A.
BARRETT, an individual;
BENCHMARK WEST
APARTMENTS, LLC, a Florida
limited liability company, CITY OF
TALLAHASSEE, a political
subdivision of the State of Florida,
HURLEY H. BOOTH, JR., an
individual, FRANCES
MEGINNISS BOOTH TRUST, an
irrevocable trust under trust
agreement dated February 2, 1995,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO
FILE AMENDED COMPLAINT**

    Plaintiff Hancock Bank's Motion to File Amended Complaint, ECF No. 40,

is **GRANTED**. The Amended Complaint, ECF No. 41, is accepted as filed,

1

effective the date of this Order.

SO ORDERED on January 8, 2014.

s/Mark E. Walker<br>United States District Judge