IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HANCOCK BANK, a Mississippi
banking corporation,

    Plaintiff,

v.                                      CASE NO. 4:12-cv-387-MW/CAS

BOOTH HOLDINGS BOOTH
TRUST, LLC, a Florida Limited
Liability Company; DAVID A.
BARRETT, an individual;
CITY OF TALLAHASSEE, a
political subdivision of the State
of Florida; UNKNOWN TENANTS
IN POSSESSION OF 2411 S. MONROE
STREET, TALLAHASSEE, LEON
COUNTY, FLORIDA, an individual
or entity; HURLEY H. BOOTH, JR.,
an individual; FRANCES MEGINNIS
BOOTH TRUST, an irrevocable trust
under trust agreement dated February 2,
1996; UNKNOWN TENANT IN
POSSESSION OF 2410 S. MONROE
STREET, TALLAHASSEE, LEON
COUNTY, FLORIDA, an individual
or entity; and UNKNOWN TENANT
IN POSSESSION OF 2416 S. CALHOUN
STREET, TALLAHASSEE, LEON
COUNTY, FLORIDA, an individual
or entity,

    Defendants.
_____/

# ORDER ACCEPTING JOINT STATUS REPORT
# DEADLINES AND REQUIRING STATUS REPORTS

This Court has considered, without hearing, the Joint Status Report and Report of Rule 26(f) Planning Meeting, ECF No. 44, filed January 15, 2014. The Court notes, as stated in the report, "Pursuant to a resolution in a related bankruptcy, the parties have reached agreement on the majority of the claims and defenses at issue." In accordance with the request of the parties, the following deadlines are approved by the Court.

> **Third-Party Claims, Joinder of Parties, Potentially Dispositive Motions and Revisions of Initial Scheduling Order:**
>
> Filing amended pleadings:     **February 3, 2014**
>
> Filing third-party claims:     **February 3, 2014**
>
> Dispositive motions:     **June 2, 2014, or 60 days after foreclosure sale, whichever is later.**
>
> **Disclosure of Expert Testimony:     April 1, 2014, or 30 days after date of foreclosure sale, whichever is later.**
>
> **Supplementation: 10 days**

The Court also notes the parties have agreed there is no need for additional discovery other than possible discovery related to expert witnesses on the fair market value of the property at issue in connection with any deficiency judgment and possible discovery in connection with any experts or attorneys' fees.

In the event this cause is not disposed of by **June 2, 2014,** the parties shall furnish the Court a **status report every 30 days with the first report due on or before June 16, 2014.**

**SO ORDERED on January 22, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
